| Fill in this information to identify the case: |
|---|
| Debtor 1  TAMESHA MONIQUE MOORING |
| Debtor 2 |
| |
| United States Bankruptcy Court for the:  NORTHERN District of Texas |
| Case number  19-31158 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges           12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:**
FLAGSTAR BANK, FSB AS ATTORNEY IN FACT AND SERVICER IN FACT FOR Lakeview Loan Servicing
Last four digits of any number you use to identify the debtor's account: XXXX5528

**Court Claim no. (if known):**
30

Does this notice supplement a prior notice of post-petition fees, expenses and charges

■ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred

| Description | Dates occurred | | Amounts |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $_____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $_____ |
| 3. Attorney's fees | _____ | (3) | $_____ |
| 4. Filing fees and court costs | _____ | (4) | $_____ |
| 5. Bankruptcy/Proof of Claim fees | 06/10/2019 | (5) | $ 550.00 |
| 6. Appraisal/broker's price opinion fees | _____ | (6) | $_____ |
| 7. Property inspection fees | _____ | (7) | $_____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $_____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $_____ |
| 10. Property preservation expenses. Specify | _____ | (10) | $_____ |
| 11. Other. Specify | _____ | (11) | $_____ |
| 12. Other. Specify | _____ | (12) | $_____ |
| 13. Other. Specify | _____ | (13) | $_____ |
| 14. Other. Specify | _____ | (14) | $_____ |

The Debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Part 2: | Mortgage Payment Adjustment |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

**Check the appropriate box.**

☐ I am the creditor.

☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

Signature: /s/ Dominique Varner                    Date: 7/10/19

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**Kim Ellen Lewinski** TBA #24097994
Direct: 713-328-1926, klewinski@hwallp.com

Company:    Hughes Watters & Askanase, LLP
Address:    1201 Louisiana, Suite 2800
            Houston, Texas 77092
Contact Phone: 713-759-0818

Title: Attorney for FLAGSTAR BANK, FSB AS ATTORNEY IN FACT AND SERVICER IN FACT FOR Lakeview Loan Servicing

Email: dvarner@hwa.com
       mweems@hwa.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the ___10___ day of July, 2019, to:

DEBTOR
TAMESHA MONIQUE MOORING
4008 BEAR BROOK DRIVE
LANCASTER, TX  75146

TRUSTEE
THOMAS POWERS
CHAPTER 13 TRUSTEE
105 DECKER COURT, STE 1150
IRVING, TX  75062

DEBTORS' ATTORNEY
DAVID S. KOHM
DAVID S. KOHM & ASSOCIATES
1414 W. RANDOL MILL, STE118
ARLINGTON, TX  76012

OFFICE OF THE U.S. TRUSTEE
1100 COMMERCE STREET, ROOM 976
DALLAS, TX  75242

_____
Dominique Varner      TBA #00791182/FIN 18805
Michael Weems         TBA #24066273
Kim Ellen Lewinski    TBA #24097994



**HughesWattersAskanase**

Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

June 12, 2019

FLAGSTAR BANK, FSB
null
null, null null

# INVOICE

Matter ID: MOORING, TAMESHA
Client ID: FLAGSTAR

Invoice #: 102654

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 06/10/2019 | Draft Loan History for Proof of Claim _non recoverable | $250.00 |
| 06/10/2019 | Prepare and File Proof of Claim _non recoverable | 300.00 |
| | Total Professional Services: | $550.00 |

**INVOICE SUMMARY**

| | |
|---|---|
| For Professional Services: | $550.00 |
| | $550.00 |
| Total Due: | $550.00 |

*These expenditures are required by the Texas Property Code Art. 51.002 and/or statutory or regulatory prescription



**HughesWattersAskanase**
Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

May 03, 2019

FLAGSTAR BANK, FSB
null
null, null null

# I N V O I C E

Matter ID:
    MOORING, IAMESHA
Client ID: FLAGSTAR

Invoice #: 100560

**For Professional Services Rendered:**

| | |
|---|---:|
| 05/01/2019<br>Plan Review Complete _non recoverable | $350.00 |
| Total Professional Services: | $350.00 |

**INVOICE SUMMARY**

| | |
|---|---:|
| For Professional Services: | $350.00 |
| | $350.00 |
| Total Due: | $350.00 |

*These expenditures are required by the Texas Property Code Art. 51.002 and/or statutory or regulatory prescription